# Court of Appeals
# of the State of Georgia

ATLANTA,__December 18, 2025_____

*The Court of Appeals hereby passes the following order:*

**A26A0893. FLORES-SALAZAR v. CABRERA.**

This appeal was docketed on November 25, 2025. The appellant's brief and enumeration of errors were due to be filed no later than December 15, 2025. Court of Appeals Rule 23 (a). The appellant has not timely filed a brief and enumeration of errors, and no extension of time for filing has been requested. Accordingly, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__12/18/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*